**RECEIVED**

JUN 0 9 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

SEC P

Kevin Cole
(Name of Petitioner)

08044-062
(prisoner of _____)

CV05-0996 A

VS.

Case Number JUDGE DRELL

Fredick Menifee, Warden, USP Pollock
Name of Respondent

MAGISTRATE JUDGE KIRK

## APPLICATION FOR FEDERAL WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §22

1. Present place of confinement  USP Pollock

2. Indicate the basis for your petition and complete the portions of the application form indicated:

   a. _____ A conviction.
   b. _____ A sentence. CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct motion under 28 U.S.C.§2255 in the federal court which entered the judgment.
   c. _____ Prison discipline.
   d. _____ A parole problem.
   e. _____ A detainer placed by the State of _____.
   f. _____ A deportation order or detainer placed by the Immigration & Naturalization Service.
   g. _____ Continued detention in the custody of the Immigration & Naturalization Service.
   h. __X__ Other  Sentence Computation

3. **PERSONS CHALLENGING A FEDERAL CONVICTION OR SENTENCE COMPLETE THIS PART.**

   a. Name and location of court which entered judgment of conviction and the sentence you are currently serving and which is currently under attack.  Northern District of Oklahoma

   b. Date of judgment of conviction.  May 19, 1998

   c. Length of sentence imposed.  180 months

   d. Name of sentencing judge.  H. Dale Cook

   e. Nature of the offense(s) for which you were convicted (list all counts). Count

>           One: Conspiracy to possess with intent distribute
>           cocaine base

f.   What was your plea?
     __X__   Guilty
     _____   Not Guilty
     _____   Nolo Contendere

If you entered a GUILTY plea to one count or indictment and a NOT GUILTY plea to another count or indictment, give details. _____

g.   Type of trial.
     _____   Jury
     _____   Judge Only

h.   Did you testify at trial?
     _____   Yes
     _____   No

i.   Did you appeal from the judgment of conviction?
     _____   Yes
     __X__   No

j.   If you did appeal, answer the following:
     1.   Name of court. _____
     2.   Result of appeal. _____
     3.   Date of result. _____
     4.   Grounds raised on appeal. _____

k.   Other than a direct appeal from the judgment of conviction and sentence, have you filed any other petitions, applications or motions with respect to this judgment in any court, state or federal?
     _____   Yes
     __X__   No

      If YES, give the following information:
1. Name of court. _____
2. Nature of proceeding. _____
_____
3. Grounds raised. _____
_____
_____
_____
_____

    (i) Did you receive an evidentiary hearing on the petition, application, or motion?
        _____ Yes
        _____ No
    (ii) If YES, give the following information:
        Result. _____
_____
        Date of result. _____

l. Have you filed a motion under Section 2255 of Title 28 of the United States Code to vacate, set aside, or correct the sentence imposed?
    _____ Yes
    __X__ No
If YES, what grounds were presented? _____
_____
_____

m. Do you have any petition, application, or appeal pending in any court, state or federal?
    _____ Yes
    __X__ No
If YES, give the following information:
1. Name of court. _____
2. Nature of proceeding. _____
3. Date of filing. _____
4. Suit Number _____
5. Current status. _____

n. Have you been sentenced on more than one count of an indictment, or on more than one indictment in the same court at the same time?
    __X__ Yes
    _____ No

o. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack in this petition?

```
_____   Yes
   X      No
```
If YES, give the following information:
1. Name and location of the court which imposed the sentence to be served in the future. _____
2. Length of sentence to be served in the future. _____
3. Have you filed or do you contemplate filing any petition attacking the judgment which imposed the future sentence.

```
_____   Yes
_____   No
```

4. **PERSONS CHALLENGING A DECISION BY THE PAROLE COMMISSION COMPLETE THIS PART.**

   a. Have you presented this claim or any other claim challenging the Parole Commission's decision to the National Appeals Board or any other available agency for review?

   ```
   _____   Yes
   _____   No
   ```
   If YES, what was the result?_____

5. **PERSONS CHALLENGING A STATE DETAINER COMPLETE THIS PART.**

   a. Have you presented this claim or any other claim concerning the legality of the state detainer placed against you to that state's highest court? (NOTE: Interstate Agreement on Detainers)

   ```
   _____   Yes
   _____   No
   ```

6. **PERSONS CHALLENGING ACTIONS BY THE IMMIGRATION & NATURALIZATION SERVICE COMPLETE THIS PART.**

   a. Have you presented this claim or any other claim concerning the INS's action to the Board of Immigration Appeal?

   ```
   _____   Yes
   _____   No
   ```
   If YES, what was the date and result of the appeal?_____

7. **THIS SECTION IS TO BE COMPLETED BY ALL PETITIONERS.**
   Specifics of your claim. State concisely and clearly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. Do not cite case law. Give only factual information.

GROUND ONE  The BOP miscalculated the commencement date of Petitioner's sentence in violation of Program Statement 5880.28(b) and 18 U.S.C. § 3585(a).

SUPPORTING FACTS  (See Memorandum of Law, p. 4 )

GROUND TWO  The BOP failed to give Petitioner post-sentence credit in violation of Program Statement 5880.28(b) and 18 U.S.C. § 3585(a).

SUPPORTING FACTS  (same as alleged in Ground One)

GROUND THREE

SUPPORTING FACTS

GROUND FOUR

SUPPORTING FACTS

I declare under penalty of perjury that the foregoing is true and correct.

June 7 2005
**Date Executed**

*[signature]*
**Signature of Petitioner**

Date: June 7, 2005

Kevin Cole, 08044-062
United States Penitentiary, Pollock
P.O. Box 2099
Pollock LA 71467

**RECEIVED**

Clerk of the Court
United States District Court
Western District of Louisiana
300 Fannin Street
Suite 1167
Shreveport, LA 71101-3083

JUN 0 9 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Re:    Filing of Petition, 18 U.S.C. § 2241

Dear Clerk:

   Enclosed please find a Petition pursuant to 18 U.S.C. § 2241 to be filed on my behalf. Also included are: 1) Memorandum in Support of Writ of Habeas Corpus; 2) application for In Forma Pauperis; 3) Motion for Appointment of Counsel; 4) exhibits; and 5) copies of BOP administrative remedies.

Sincerely,

*Kevin Cole*
Kevin Cole
Pro Se