UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

KEVIN COLE                                        CIVIL ACTION NO. 05-0996-A

-vs-                                                             JUDGE DRELL

WARDEN FREDRICK MENIFEE              MAGISTRATE JUDGE KIRK

JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the concurrence by respondent with the report (Doc. No. 18) and the corrective action already taken by the Bureau of Prisons (Doc. No. 18 Exhibits), further noting the absence of objections by Petitioner, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the petition for writ of habeas corpus (28 U.S.C. § 2241) be DENIED AND DISMISSED as MOOT.

SIGNED on this 11th day of October, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge